# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Aaron Wilson et al | CASE NUMBER |
| | |
| v.                               PLAINTIFF(S) | 2:20-cv-04451 DDP(PVC) |
| Feleicia L. Ponce, et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 19-03.

~~TRANSFER ORDER DECLINED~~

_____          _____
Date                                               United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are not related.  The low number case involves civil immigration detainees with a single claim under the 5th Amendment.  The new case involves criminal defendants who are serving their sentences and revolves around an 8th Amendment claim.

May 20, 2020          *Terry J. Hatter, Jr*
_____          _____
Date                                               United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    5:20-cv-00768 TJH(PVC)    and the present case:

- ☑ A.    Arise from the same or closely related transactions, happenings or events; or
- ☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

~~TRANSFER ORDER DECLINED~~

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:    ☐ *Previous Judge*    ☐ *Statistics Clerk*