UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Lance Aaron Wilson et al | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:20-cv-04451-DDP-PVC |
| v. | |
| Felicia L. Ponce et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: Complaint

Filed date: May 16, 2020    Document Number(s): 1

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: 2:20-cv-04451-DDP-PVCx

☒ Other:   Upon further review, a determination has been made that this case is not appropriate for the issuance of a report and recommendation by a magistrate judge pursuant to General Order 05-07. Accordingly, all filings should be directed to Judge Dean D. Pregerson. Magistrate Judge Pedro Castillo will remain assigned for discovery matters.

CLERK, U.S. DISTRICT COURT

Date: May 21, 2020    By: C. Powers
                          Deputy Clerk