UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    **CV 20-4451 MWF (MRWx)**                                                Date: September 29, 2020

Title    **Lance Aaron Wilson, et al. v. Felicia L. Ponce, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|   Rita Sanchez   |   Not Reported   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER APPOINTING MEDIATOR AND APPORTIONING FEES**

The Court has reviewed the parties' Joint Proposal for Appointment of Mediator, filed September 25, 2020. (Docket No. 79). The Court hereby ORDERS as follows:

- The Honorable Andrew J. Guilford is appointed to serve as the mediator.
- Judge Guilford's fees shall be apportioned one-third to Plaintiffs and two-thirds to Defendants.
- The parties shall file a Joint Status Report every thirty days commencing October 30, 2020, or within ten days of completion of mediation, whichever occurs first.

    **IT IS SO ORDERED.**

Initials of Preparer:  RS/sjm