

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 19 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

LANCE AARON WILSON; et al.,

        Petitioners-Appellants,

 v.

FELICIA PONCE, Warden; MICHAEL CARVAJAL, Director of the Bureau of Prisons,

        Respondents-Appellees.

No.   20-55760

D.C. No. 2:20-cv-04451-MWF-MRW
Central District of California,
Los Angeles

ORDER

The parties' stipulated motion (Docket Entry No. 12) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as and for the mandate for this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo