Terry W. Bird – Bar No. 49038
tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
dwolpert@birdmarella.com
*Naeun Rim – Bar No. 263558
nrim@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
clee@birdmarella.com
James S. Threatt – Bar No. 325317
jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Peter J. Eliasberg – Bar No. 189110
peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
pbibring@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Donald Specter – Bar No. 83925
dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
snorman@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Attorneys for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LANCE AARON WILSON; MAURICE SMITH; EDGAR VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>FELICIA L. PONCE, in her capacity as Warden of Terminal Island; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04451-MWF-MRWx<br><br>**EX PARTE APPLICATION TO SHORTEN TIME RE: MOTION FOR PRELIMINARY INJUNCTION ON TESTING**<br><br>*[Filed Concurrently with (Proposed) Order]*<br><br>Assigned to Hon. Michael W. Fitzgerald<br>Courtroom 5A |

3693546.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Plaintiff-Petitioners Lance Aaron Wilson, Maurice Smith, and Edgar Vasquez ("Petitioners") apply, *ex parte*, for an order shortening time re: Petitioners' Motion for Preliminary Injunction (the "Motion"). Specifically, Petitioners ask that the Court immediately rule on this Application and set deadlines and dates for the Motion as follows: (1) Defendant-Respondents' ("Respondents") opposition due by January 19, 2021; (2) Petitioners' optional reply due by January 25, 2021; and (3) hearing set for January 27, 2021, should the Court deem a hearing necessary.

Counsel for Petitioners and counsel for Respondents initially discussed a briefing schedule for the Motion on December 22, 2020. At that time, Respondents objected. (ECF No. 90.) On January 11, 2021, counsel for Petitioners emailed counsel for Respondents to propose the specific schedule set out herein. Counsel for Respondents objected to Petitioners filing the Motion in the first place and further declined to stipulate to the Motion being heard on the proposed shortened schedule. (Declaration of James S. Threatt, ("Threatt Decl.") ¶ 2 & Exh. A). Later on January 11, counsel for Petitioners had a telephonic meet and confer with counsel for Respondents where they continued to state that they object to the proposed shortened schedule. (Threatt Decl. ¶ 2.)

The following counsel were advised of Petitioners' intent to seek a shortened briefing schedule:

    Daniel A. Beck

    Keith Staub

    P. Bart Green

    Jasmin Yang

    Chung Han

    Assistant United States Attorneys

    Email: Daniel.Beck@usdoj.gov

1. Keith.Staub@usdoj.gov
2. Paul.Green@usdoj.gov
3. Jasmin.Yang@usdoj.gov
4. Chung.Han@usdoj.gov

This application is made on the grounds that Petitioners have good cause to request leave for shortened time given the current surge in COVID-19 cases in Los Angeles County and Respondents' lack of an adequate testing regimen, as further described in the Motion, which jeopardizes Petitioners' health and safety and places them in serious and imminent danger. In short, Respondents will only learn of a COVID-19 outbreak at Terminal Island once it is too late to stem the spread of the virus and prevent serious harm and/or death.

This *ex parte* application is based upon this Notice, the attached Memorandum of Points and Authorities, declaration of James S. Threatt, the filings in this action, and the Proposed Order, which is being lodged in accordance with Local Rule 7-20.

DATED: January 11, 2021

Terry W. Bird
Dorothy Wolpert
Naeun Rim
Shoshana E. Bannett
Kate S. Shin
Oliver Rocos
Christopher J. Lee
James S. Threatt
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ James S. Threatt*
James S. Threatt
Attorneys for Plaintiff-Petitioners

3693546.1

3

EX PARTE APPLICATION TO SHORTEN TIME RE: MOTION FOR PRELIMINARY INJUNCTION ON TESTING

## MEMORANDUM OF POINTS AND AUTHORITIES

Petitioners have concurrently filed a noticed Motion for Preliminary Injunction on Testing (the "Motion:"). Petitioners seek to expedite briefing and hearing on the Motion based on the urgent danger to inmates at FCI Terminal Island in light of the ongoing surge in COVID-19 cases in Los Angeles County and Respondents' inadequate testing regimen. Every day Respondents fail to implement an adequate system of testing puts these medically vulnerable inmates at risk because Respondents will only become aware of an outbreak once it is too late to stem the spread of the virus and prevent serious harm and/or death.

Petitioners ask that the Court immediately rule on this Application and set deadlines and dates for the Motion as follows: (1) Defendant-Respondents' ("Respondents") opposition due by January 19, 2021; (2) Petitioners' optional reply due by January 25, 2021; and (3) hearing set for January 27, 2021, should the Court deem a hearing necessary.

Expediting briefing and hearing would not prejudice Respondents. The parties have been discussing these issues for an extensive period of time, including in their settlement discussions before Judge Guilford.

DATED: January 11, 2021

    Terry W. Bird
    Dorothy Wolpert
    Naeun Rim
    Shoshana E. Bannett
    Kate S. Shin
    Oliver Rocos
    Christopher J. Lee
    James S. Threatt
    Bird, Marella, Boxer, Wolpert, Nessim,
    Drooks, Lincenberg & Rhow, P.C.

# DECLARATION OF JAMES S. THREATT

I, James S. Threatt, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff-Petitioners Lance Aaron Wilson, Maurice Smith, and Edgar Vasquez in this action. I make this declaration in support of Petitioners' Ex Parte Application To Shorten Time Re: Motion For Preliminary Injunction On Testing. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On January 11, 2021, I emailed counsel for Respondents to re-iterate Petitioners' intent to file the Motion for Preliminary Injunction on Testing that day. Counsel for Petitioners and counsel for Respondents had previously discussed this contemplated motion practice on December 22, 2020. I also stated Petitioners' desire to have the motion heard on shortened time, given the ongoing surge in COVID-19 cases. Counsel for Respondents objected to Petitioners filing the motion for preliminary injunction in the first instance and declined to stipulate to the motion being heard on the shortened scheduled proposed in this *Ex Parte* Application. Later on January 11, I had a telephonic meet and confer with counsel for Respondents where they continued to state that they object to the proposed shortened schedule. Attached as **Exhibit A** is a true and correct copy of my email correspondence with counsel for Respondents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on January 11, 2021, at Los Angeles, California.

*/s/ James S. Threatt*
James S. Threatt

# Exhibit A

| | |
|---|---|
| **From:** | Jimmy Threatt |
| **To:** | Green, Paul (USACAC) |
| **Cc:** | Sara Norman; Don Specter; Terry W. Bird; Naeun Rim; Han, Chung (USACAC); Beck, Daniel (USACAC); Yang, Jasmin (USACAC); Staub, Keith (USACAC) |
| **Subject:** | RE: Terminal Island Litigation |
| **Date:** | Monday, January 11, 2021 3:53:00 PM |

Bart,

I believe we've adequately explained the basis for the *ex parte*, which concerns a scheduling matter and is the only one of the motions subject to a meet and confer requirement, but I'm happy to have a call if that would be helpful. I'm available until 5 pm today. Let me now if a particular time is good for you. My cell number is            .

**Jimmy Threatt**
*Associate*
T: 310.201.2100
F: 310.201.2110
E: jthreatt@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

**www.BirdMarella.com**

---

**From:** Green, Paul (USACAC) <Paul.Green@usdoj.gov>
**Sent:** Monday, January 11, 2021 3:25 PM
**To:** Jimmy Threatt <jthreatt@birdmarella.com>
**Cc:** Sara Norman <snorman@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Terry W. Bird <tbird@birdmarella.com>; Naeun Rim <nrim@birdmarella.com>; Han, Chung (USACAC) <Chung.Han@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Yang, Jasmin (USACAC) <Jasmin.Yang@usdoj.gov>; Staub, Keith (USACAC) <Keith.Staub@usdoj.gov>
**Subject:** RE: Terminal Island Litigation

Jimmy,

Regarding the meet and confer requirements, L.R. 7-19.1 requires "good faith efforts orally to advise counsel . . . of the date and substance of the proposed ex parte application." Petitioners have not done that in spite of our offer to have a teleconference this afternoon. Our offer to have a call still stands.

If Petitioners intend to move forward with the motion and application, please be advised, as we have

repeatedly advised, that it is inappropriate to refer to the parties' protected, confidential mediation discussions, including information shared by BOP over the course of the mediation, for any purpose outside of mediation.

**Paul "Bart" Green**
Assistant United States Attorney
United States Attorney's Office for the Central District of California
300 N. Los Angeles St., Suite 7516, Los Angeles, CA 90012
Office: 213-894-0805, Cell: 213-247-4334
Email: Paul.Green@usdoj.gov

---

**From:** Jimmy Threatt <jthreatt@birdmarella.com>
**Sent:** Monday, January 11, 2021 1:32 PM
**To:** Green, Paul (USACAC) <PGreen1@usa.doj.gov>; Han, Chung (USACAC) <CHan1@usa.doj.gov>; Beck, Daniel (USACAC) <DBeck1@usa.doj.gov>; Yang, Jasmin (USACAC) <JYang2@usa.doj.gov>; Staub, Keith (USACAC) <KStaub@usa.doj.gov>
**Cc:** Sara Norman <snorman@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Terry W. Bird <tbird@birdmarella.com>; Naeun Rim <nrim@birdmarella.com>
**Subject:** RE: Terminal Island Litigation

Bart,

As we explained when the parties met and conferred on the December 22 scheduling request, the motion for preliminary injunction concerns surveillance testing of inmates and staff. The specific relief we are seeking closely resembles our requests during the weeks the parties have been discussing this specific issue, namely that Respondents test 25% of COVID-naïve inmates every week and provide on-site tests free of charge to all corrections officers and other staff members once a month. I'm surprised there would any confusion given the numerous hours the parties have dedicated to this single issue over the past couple of months.

Based on previous discussions, our understanding is that Respondents refuse to institute our proposed system of surveillance testing. If your position has changed, please let us know. Given the time-sensitive nature of these issues, which I thought was obvious in light of the ongoing surge in COVID-19 cases across Los Angeles County, we still plan to file the motion for preliminary injunction later today. However, we are always open to settling the case if we can secure the relief necessary to ensure the safety and well-being of our clients.

Relatedly, we have been informed that a Terminal Island inmate named Gary Charles Tanner (Reg. No. 43261-086) died on January 5 from complications relating to COVID-19. Please let us know what information, if any, you have regarding the circumstances of Mr. Tanner's unfortunate death.

I'll include your positions on the motion and *ex parte* application in our papers, though I note that preliminary injunction motions are not subject to the meet and confer requirement contained in Local Rule 7-3.

**Jimmy Threatt**
*Associate*
T: 310.201.2100
F: 310.201.2110
E: jthreatt@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

---

**From:** Green, Paul (USACAC) <Paul.Green@usdoj.gov>
**Sent:** Monday, January 11, 2021 11:46 AM
**To:** Jimmy Threatt <jthreatt@birdmarella.com>; Han, Chung (USACAC) <Chung.Han@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Yang, Jasmin (USACAC) <Jasmin.Yang@usdoj.gov>; Staub, Keith (USACAC) <Keith.Staub@usdoj.gov>
**Cc:** Sara Norman <snorman@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Terry W. Bird <tbird@birdmarella.com>; Naeun Rim <nrim@birdmarella.com>
**Subject:** RE: Terminal Island Litigation

Jimmy,

Petitioners requested, but have not received, Court authorization to file a motion for preliminary injunction. In these circumstances, it would not be appropriate for Petitioners to file a motion until the Court conducts a conference, which it has indicated it will do as the next step in the litigation.

As for the motion for preliminary injunction, we are unclear as to what relief Petitioners will seek and the basis for any relief. Petitioners' statements in the December 22 Joint Scheduling Request are brief, vague, and do not meet the requirements of Local Rule 7-3.

As for Petitioners' ex parte for shortened time, we are unable to state how much time Respondents will need to respond because Petitioners have not provided sufficient clarity as to what they will be moving on. Your email simultaneously raising for the first time an ex parte and asking for our position on it hours before Petitioners intend to file the ex parte is contrary to the Local Rule requirements. *See Singh v. Giles*, 2019 WL 4736239, at *2–3 (C.D. Cal. Sept. 27, 2019) (finding that email notice sent same day ex parte was filed "did not provide reasonable advance notice to the government"). Moreover, Petitioners have not established why any ex parte relief is necessary and "why the accompanying proposed motion for the ultimate relief requested cannot be calendared in the usual manner." *Mission Power Eng' Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

I am available to discuss your proposed ex parte and motion this afternoon. Please let me know what time is convenient for you.

Bart

**Paul "Bart" Green**
Assistant United States Attorney
United States Attorney's Office for the Central District of California
300 N. Los Angeles St., Suite 7516, Los Angeles, CA 90012
Office: 213-894-0805, Cell: 213-247-4334
Email: Paul.Green@usdoj.gov

---

**From:** Jimmy Threatt <jthreatt@birdmarella.com>
**Sent:** Monday, January 11, 2021 9:50 AM
**To:** Han, Chung (USACAC) <CHan1@usa.doj.gov>; Beck, Daniel (USACAC) <DBeck1@usa.doj.gov>; Yang, Jasmin (USACAC) <JYang2@usa.doj.gov>; Staub, Keith (USACAC) <KStaub@usa.doj.gov>; Green, Paul (USACAC) <PGreen1@usa.doj.gov>
**Cc:** Sara Norman <snorman@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Terry W. Bird <tbird@birdmarella.com>; Naeun Rim <nrim@birdmarella.com>
**Subject:** RE: Terminal Island Litigation

Counsel, my email below contained a typo on the date for Respondents' opposition. Petitioners' proposed briefing and hearing schedule is as follows:

Specifically, we propose that: (1) Respondents' opposition be due on January 19; (2) Petitioners' reply, if any, be due on January 25; and (3) the Court hold a hearing, if it deems one necessary, on January 27.

---

**From:** Jimmy Threatt
**Sent:** Monday, January 11, 2021 9:28 AM
**To:** 'Han, Chung (USACAC)' <Chung.Han@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Yang, Jasmin (USACAC) <Jasmin.Yang@usdoj.gov>; Staub, Keith (USACAC) <Keith.Staub@usdoj.gov>; Green, Paul (USACAC) <Paul.Green@usdoj.gov>
**Cc:** Sara Norman <snorman@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Terry W. Bird <tbird@birdmarella.com>; Naeun Rim <nrim@birdmarella.com>
**Subject:** Terminal Island Litigation

Counsel:

Pursuant to the schedule Petitioners proposed on December 22, we intend to file a motion for preliminary injunction later today. As we also indicated in correspondence on December 22, and given the ongoing surge in COVID-19 cases, we think it is appropriate for the motion to be heard on shortened time. Specifically, we propose that: (1) Respondents' opposition be due on January 21; (2) Petitioners' reply, if any, be due on January 25; and (3) the Court hold a hearing, if it deems one necessary, on January 27.

Please let us know whether you still object to having the motion heard on shortened time. Assuming you do object, we will also move *ex parte* for an order to shorten time.

**Jimmy Threatt**
*Associate*
T: 310.201.2100
F: 310.201.2110
E: jthreatt@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**