Terry W. Bird – Bar No. 49038
 tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
 dwolpert@birdmarella.com
*Naeun Rim – Bar No. 263558
 nrim@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
 sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
 kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
 orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
 clee@birdmarella.com
James S. Threatt – Bar No. 325317
 jthreatt@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Peter J. Eliasberg – Bar No. 189110
 peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
 pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Donald Specter – Bar No. 83925
 dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
 snorman@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Attorneys for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LANCE AARON WILSON; MAURICE SMITH; EDGAR VASQUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff-Petitioners,<br><br>　vs.<br><br>FELICIA L. PONCE, in her capacity as Warden of Terminal Island; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons,<br><br>　　　　Defendant-Respondents. | CASE NO. 2:20-cv-04451-MWF-MRWx<br><br>**[Proposed] Order**<br><br>*[Filed Concurrently with Ex Parte Application to Shorten Time re: Motion for Preliminary Injunction]*<br><br>Assigned to Hon. Michael W. Fitzgerald<br>Courtroom 5A |

3693550.1

[Proposed] Order

Having considered Petitioners Lance Aaron Wilson, Maurice Smith, and Edgar Vasquez's ("Petitioners") *Ex Parte* Application to Shorten Time re: Motion for Preliminary Injunction on Testing, and accompanying papers, and the records on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Application is GRANTED.  (1) Defendant-Respondents' ("Respondents") opposition is due by January 19, 2021; (2) Petitioners' optional reply due is by January 25, 2021; and (3) hearing set for January 27, 2021.

**IT IS SO ORDERED**.

DATED:  January 11, 2021

---

Hon. Michael W. Fitzgerald
United States District Judge