1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LANCE AARON WILSON, *et al.,*<br><br>            Plaintiff-Petitioners,<br><br>v.<br><br>FELICIA L. PONCE, *et al.*,<br><br>            Defendant-Respondents. | No. CV 20-4451-MWF-PVC<br><br>[PROPOSED]<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

This matter came before the Court on Petitioners' *Ex Parte* Application to Shorten Time re: Motion for Preliminary Injunction on Testing (ECF No. 93). After reviewing the application and the papers filed in support of and in opposition to the application, the Court hereby DENIES the application.

IT IS ORDERED that the proposed briefing schedule on the Motion for Preliminary Injunction in the Joint Scheduling Request (ECF No. 90) is approved, that:

The deadline for Respondents to file an opposition to Petitioners' Motion for Preliminary Injunction is January 25, 2021.

1

1  The deadline for Petitioners to file a reply in support the Motion for Preliminary
2  Injunction is February 1, 2021.
3  The hearing on the Motion for Preliminary Injunction is scheduled for
4  _____, 2021 at _____.
5  IT IS SO ORDERED.

6

7  Dated:  _____, 2021

8  _____
   HON. MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT JUDGE
9

10 Presented by,

11 TRACY L. WILKISON
   Acting United States Attorney
12 DAVID M. HARRIS
   Assistant United States Attorney
13 Chief, Civil Division
   JOANNE S. OSINOFF
14 Assistant United States Attorney
   Chief, General Civil Section
15
    /s/ Paul B. Green
16 _____
   PAUL B. GREEN
17 Assistant United States Attorney

   Attorneys for Defendant-Respondents
18 Felicia L. Ponce and Michael Carvajal

19

20

21

22

23

24

25

26

27

28