Jacob Hutt, Multijurisdictional Practice Attorney No. 804428
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2650

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LANCE AARON WILSON, et al.,

                                    Plaintiff(s)

v.

FELICIA L. PONCE, et al.,

                                    Defendant(s).

CASE NUMBER

2:20-cv-04451-MWF-MRW

[PROPOSED] ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT

The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by

Hutt, Jacob J
*Applicant's Name (Last Name, First Name & Middle Initial)*

(510) 280-2650 — *Telephone Number*
(510) 280-2704 — *Fax Number*
MJP No. 804428 — *Cal. State Bar No.*

jacob@prisonlaw.com
*E-Mail Address*

of PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
*Qualifying Legal Services Provider Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff-Petitioners

*Name(s) of Party(ies) Represented*

[X] Plaintiff   [ ] Defendant   [ ] Other: _____

and designating as Supervising Attorney

Norman, Sara
*Designee's Name (Last Name, First Name & Middle Initial)*

(510) 280-2621 — *Telephone Number*
(510) 280-2704 — *Fax Number*
189536 — *Cal. State Bar No.*

snorman@prisonlaw.com
*E-Mail Address*

of PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
*Qualifying Legal Services Provider Name & Address*

hereby ORDERS the Application be:

[XX] GRANTED.
[ ] DENIED.

Dated March 25, 2021

*/s/ Michael W. Fitzgerald*
U.S. District Judge

CV-99 ORDER (6/13)   ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT   Page 1 of 1