# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE AARON WILSON<br><br>Petitioner(s),<br><br>v.<br><br>FELICIA L. PONCE<br><br>Respondent(s). | CASE NUMBER:<br><br>2:20–cv–04451–MWF–MRW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/6/2021__

Document Number(s):   __121__

Title of Document(s):   __Miscellaneous Document__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request – Order

Proposed Document was not submitted as separate attachment.

Other:

To find the correct event, use the search feature. Event can be found – Motions and Related Filings – Applications/Ex Parte Applications/Motions/Petitions/Request. There is no [Prop] Order

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 8, 2021__        By:  __/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov__
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS